UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00206-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ROSE MARY FARRIS, a/k/a Rosemary Farris, a/k/a Rosia Mae Rose,

      Defendant.

---

**ORDER**

---

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Wednesday, July 22, 2009,** and responses to these motions shall be filed by **Monday, August 3, 2009.**  It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Monday, August 10, 2009, at 4:00 p.m. in courtroom A-1002**  It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, August 17, 2009, at 9:00 a.m. in courtroom A-1002.**

Dated:  June 22, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge