UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00206-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ROSE MARY FARRIS, a/k/a Rosemary Farris, a/k/a Rosia Mae Rose,

      Defendant.

### MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A change of plea hearing is set for **Tuesday, September 29, 2009 at 1:30 p.m.**

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

      September 14, 2009