**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | December 18, 2009 | Probation: | Caryl Ricca |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:  **09-cr-00206-WYD**             Counsel:

UNITED STATES OF AMERICA,                              Michele M. Kelley

        Plaintiff,

v.

**1.  ROSE MARY FARRIS, a/k/a Rosemary**             Brian R. Leedy
**Farris, a/k/a Rosia Mae**,

        Defendant.

**SENTENCING**

**2:08 p.m.**    Court in Session - Defendant present (on-bond)

        **Change of Plea Hearing - September 29, 2009, at 1:30 p.m.**
        **Plea of Guilty - counts one and twenty-six of Indictment**

        APPEARANCES OF COUNSEL.

        Court's opening remarks.

2:08 p.m.    Statement on behalf of Defendant (Mr. Leedy).

2:11 p.m.    Statement on behalf of Government (Ms. Kelley).

2:12 p.m.    Statement on behalf of Defendant (Mr. Leedy).

2:12 p.m.    Statement by Defendant on her own behalf (Ms. Farris).

| | |
|---|---|
| 2:13 p.m. | Statement on behalf of Probation (Ms. Ricca). |
| 2:13 p.m. | Discussion regarding issue pertaining to restitution. |
| | Court makes findings. |
| **ORDERED:** | Defendant's Motion for Non-Guideline Sentence [24], filed December 4, 2009, is **GRANTED.** |
| **ORDERED:** | Defendant is placed on **probation** for a term of **5** years on each of counts one and twenty-six, to run concurrently. |
| **ORDERED:** | **Conditions** of **Probation** are: |

- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X) Defendant shall comply with standard conditions adopted by the Court.
- (X) Defendant shall not unlawfully possess a controlled substance.
- (X) The Court will waive the mandatory drug testing provisions of 18 U.S.C. § 3583(d) because the presentence report indicates a low risk of future substance abuse by the defendant.
- (X) If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the Defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.
- (X) The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Probation** are:

- (X) The defendant shall report all public assistance benefits to the probation officer and shall provide verification of such benefits, including a copy of the application.

**ORDERED:** Defendant shall pay **$125.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**   Defendant to make **restitution** in the amount of **$70,428.87 to be paid to the Social Security Administration.**

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within ten (10) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Government's Motion to Dismiss Counts [26], filed December 11, 2009, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**:  **BOND CONTINUED.**

**2:23 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   0:15**