UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00206-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ROSE MARY FARRIS, a/k/a Rosemary Farris, a/k/a Rosia Mae Rose,

    Defendant.

## ORDER

    THIS MATTER is before the Court on the Government's Motion to Dismiss Counts of the Indictment [doc. 26], filed December 11, 2009.  After a review of the motion and the file, it is hereby

    ORDERED that Government's Motion To Dismiss Counts of the Indictment [doc. 26], filed December 11, 2009, is **GRANTED.**  It is further

    ORDERED that Counts 2 through 25 and 27 of the Indictment are dismissed.

    Dated this 18th day of December, 2009.

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              CHIEF UNITED STATES DISTRICT JUDGE